## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARIUS RAMSEY, et al.,               )
                                     )
    Plaintiffs,              )
                                     )
vs.                                  ) Case No. 12-990-DRH-PMF
                                     )
OFFICER MARVIN HENDERSON, et al.,    )
                                     )
    Defendants.              )
                          **ORDER**

**HERNDON, Chief Judge:**

Before the Court is plaintiffs, Darius Ramsey and Stephanie Ramsey, agreed

to motion to dismiss with prejudice defendant, officer Marvin Henderson, only (Doc.

18).  Plaintiffs inform the Court that defendant, the City of Belleville, and plaintiffs

have reached a settlement agreement, and as part of that settlement agreement, the

parties have agreed to first dismiss officer Henderson with prejudice as he is not a

part of the settlement agreement.  Accordingly, plainitffs' motion to dismiss officer

Henderson (Doc. 18) is granted.  Officer Henderson is dismissed with prejudice, each

side to bear their own costs.  The Clerk is instructed to enter a 60 day order

regarding the settlement between plaintiffs and the City of Belleville.

    **IT IS SO ORDERED**.

    Signed this 11th day of December, 2012.

Digitally signed by
David R. Herndon
Date: 2012.12.11
09:31:32 -06'00'

**Chief Judge**
**United States District Court**

Page 1 of 1