UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**DARIUS RAMSEY and
STEPHANIE RAMSEY**,

    **Plaintiffs,**

**v.**

**OFFICER MARVIN HENDERSON**
*of the Belleville Police Department*
**and CITY OF BELLEVILLE,**

    **Defendants.**                        No. 12-cv-990-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Motion to Dismiss (Doc. 19) and 60 Day Order (Doc. 20), both entered on December 11, 2012, this case is **DISMISSED** with prejudice, as to all parties.

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT

                                   **BY:**    */s/Sara Jennings*
                                                  **Deputy Clerk**

Dated:  February 19, 2013

Digitally signed by David R. Herndon
Date: 2013.02.19 12:33:28 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT